UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **DEVRICK R. GAIL,** | **CIVIL ACTION NO. 6:14-169-KKC** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **WARDEN J.C. HOLLAND,** *et al.***,** | |
| Defendants. | |

**\*\*\* \*\*\* \*\*\***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

(1) Judgment is **ENTERED** in favor of the defendants: (a) J.C. Holland, Warden, USP-McCreary; (b) "Rockcoustie," Assistant Warden, USP-McCreary; (c) "Seamans," Facility Administrator, USP-McCreary; (d) Leroy Chaney, Lieutenant, USP-McCreary; and (e) "M." Parsons, Correctional Officer, USP-McCreary.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) The Court **CERTIFIES** that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

This August 8, 2014.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY